# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| F2VS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ACUITY BRANDS LIGHTING, INC., <br><br> Defendant. | Case No. 1:17-cv-04774-MLB <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY CASE

The Parties having come before the Court on a Joint Motion to Stay the Case and having informed the Court they have reached an agreement to resolve the case, the Court finds there is good cause for staying the case and all deadlines in order to allow the Parties to seek a dismissal of this case.

Accordingly, the Joint Motion is **GRANTED**.  This case is stayed for a period of fifteen days from the date of this Order.  Within five business days of the expiration of the stay, the Parties shall either cause the case to be dismissed or provide an update to the Court as to the status of the resolution of this case or a proposed amended scheduling order which will address the deadlines suspended.

IT IS SO ORDERED this  13th  day of _____June_____, 2018.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE